**Electronically Filed
Supreme Court
SCWC-12-0000982
18-JUN-2013
08:11 AM**

SCWC-12-0000982

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GAIVIN ALAO and GEMMA ABELLA ALAO,
Petitioners/Plaintiffs-Appellants,

vs.

ONEWEST BANK FSB;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000982; CIV. NO. 10-1-2746)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Crandall, in place of Recktenwald, C.J., recused)

The application for a writ of certiorari, filed on May

7, 2013, is hereby rejected.

DATED: Honolulu, Hawai‘i, June 18, 2013.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Virginia L. Crandall

